UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS V. HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES W. SCHARF, *et al.*,<br><br>    Defendants. | CASE NO. 3:21-cv-05827-JLR<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on referral from the District Court and on plaintiff's motion to proceed *in forma pauperis* ("IFP"). Dkt. 1.

Plaintiff submitted an IFP application that does not comply with the requirements of Local Civil Rule 3(c). *See* Dkt. 1. Specifically, plaintiff did not completely fill out the form and did not provide any of his financial information. *Id.* at 1–2. Without this information the Court cannot determine whether plaintiff has the ability to pay the filing fee. Therefore, the Court orders plaintiff to file a complete IFP form with his financial information by December 10, 2021.

ORDER TO SHOW CAUSE - 1

1   If plaintiff does not provide the information by December 10, 2021, the Court will issue a
2   Report and Recommendation that his IFP motion be denied and the action dismissed if the full
3   filing fee is not paid. The Clerk's Office is directed to renote plaintiff's IFP motion to December
4   10, 2021.

5   Dated this 19th day of November, 2021.

J. Richard Creatura
Chief United States Magistrate Judge