1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

DOUGLAS VERNON HUDSON,

CASE NO. C21-5827JLR

11

Plaintiff,

ORDER ON MOTION FOR
RELIEF FROM DEADLINE TO
RESPOND TO COMPLAINT

v.

12

13

CHARLES W. SCHARF, et al.,

14

Defendants.

15

Before the court is Defendant Charles W. Scharf's motion for relief from the

16

deadline to respond to Plaintiff Douglas Vernon Hudson's amended complaint. (Mot.

17

(Dkt. # 23).) Mr. Hudson opposes the motion. (Resp. (Dkt. # 26).) The court has

18

considered the parties' submissions, the relevant portions of the record, and the

19

applicable law. Being fully advised, the court GRANTS Mr. Scharf's motion.

20

Mr. Hudson filed this action on November 9, 2021, by filing an application to

21

proceed *in forma pauperis* and a proposed complaint that named as Defendants Mr.

22

Scharf, chief executive officer of Wells Fargo Bank, N.A., and Don Fleming, chief

1   executive officer of Northwest Motorsports.  (Proposed Compl. (Dkt. # 1-1).)  Exercising

2   its authority under 28 U.S.C. § 1915(e), the court dismissed Mr. Hudson's proposed

3   complaint with leave to amend.  (12/27/21 Order (Dkt. # 7).)  Mr. Hudson filed a timely

4   amended complaint on January 10, 2022.  (Am. Compl. (Dkt. # 9).)  The court dismissed

5   all but one portion of one claim in Mr. Hudson's amended complaint and directed the

6   Clerk to issue summonses for Mr. Scharf and Mr. Fleming.  (1/26/22 (Dkt. # 18) at 8.)

7   Mr. Hudson served Mr. Scharf with a copy of the summons and amended complaint on

8   February 3, 2022.  (AOS (Dkt. # 21); Mot. at 2.)  Mr. Scharf was obligated to respond to

9   the amended complaint on or before February 24, 2022.  *See* Fed. R. Civ. P.

10   12(a)(1)(A)(i).  On February 17, 2022, one week before the occurrence of that deadline,

11   he filed the instant motion requesting relief from that deadline and an extension to March

12   28, 2022.  (Mot. at 3.)

13        The court may grant relief from a deadline for good cause shown.  *See* Fed. R.

14   Civ. P. 6(b).  This is Mr. Scharf's first request for relief from a deadline in this matter and

15   he argues that the extension is necessary to allow his counsel time to review case filings

16   that pre-dated service of the summons and complaint and that it will neither disrupt any

17   scheduled case deadlines nor prejudice Mr. Hudson, who has not alleged a need for

18   immediate relief from impending harm.  (*See* Mot. at 2-3.)  Mr. Hudson argues that the

19   court should deny the extension because Mr. Scharf has had ample time to review the

20   case materials and because an extension will "exacerbate the burden" he faces.  (Resp. at

21   4.)

22   *//*

ORDER - 2

1    Given the early stage of this case and the record before the court, the 30-day

2    extension Mr. Scharf requests is reasonable and unlikely to unduly burden Mr. Hudson.

3    Accordingly, the court finds that good cause exists for Mr. Scharf's requested extension

4    and GRANTS his motion (Dkt. # 23).  Mr. Scharf shall respond to Mr. Hudson's

5    complaint on or before March 28, 2022.

6    DATED this 1st day of March, 2022.

7

8    _____

9    JAMES L. ROBART
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3