UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS VERNON HUDSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHARLES W. SCHARF, et al.,<br><br>                    Defendants. | CASE NO. C21-5827JLR<br><br>ORDER |

Before the court is Plaintiff Douglas Vernon Hudson's motion to show authority. (Mot. (Dkt. # 40).)  Mr. Hudson asks the court to compel counsel for Defendant Charles W. Scharf to provide proof of their authority to act on behalf of Mr. Scharf, including by providing answers to interrogatories and requests for admissions.  (*See id.* at 1-2; *see also* Interrogatories (Dkt. # 40-1).)  Mr. Hudson's motion is properly noted for April 22, 2022. (*See* 4/7/22 Dkt. Entry.)  However, the court finds Mr. Hudson's motion to be frivolous and, thus, exercises its discretion to decide the motion without waiting for responsive or

//

ORDER - 1

reply briefs. *See* Fed. R. Civ. P. 1 (instructing the court "to secure the just, speedy, and inexpensive determination of every action and proceeding").

Mr. Hudson does not provide any non-frivolous reasons for the court to doubt that attorneys Sean R. Higgins and Raina V. Wagner validly represent Mr. Scharf in this action. (*See generally* Mot.) Ms. Wagner has complied with the court's local rules by entering her appearance on Mr. Scharf's behalf. (*See* NOA (Dkt. # 22)); *see also* Local Rules W.D. Wash. LCR 83.2. Mr. Higgins has likewise complied with the local rules by applying for permission to appear in this matter *pro hac vice*, which the court has granted. (PHV Mot. (Dkt. # 24); 2/18/22 Order (Dkt. # 25)); Local Rules W.D. Wash. LCR 83.1(d).

For the foregoing reasons, Mr. Hudson's motion (Dkt. # 40) is DENIED. The court REMINDS Mr. Hudson of his obligation to avoid making motions that serve no purpose other than harassing his opposing parties, or their counsel, or needlessly increasing the cost of this litigation. *See* Fed. R. Civ. P. 11(b). Failure to comply with that obligation may result in sanctions against Mr. Hudson. *See* Fed. R. Civ. P. 11(c).

Dated this 7th day of April, 2022.

JAMES L. ROBART
United States District Judge